E-FILED
Friday, 13 November, 2015  03:37:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-40040 |
| BOBBY J. McCAW, | ) |
| Defendant. | ) |

# O R D E R

A grand jury charged the Defendant, Bobby J. McCaw (McCaw), with being a felon in possession of a firearm pursuant to 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2). McCaw filed a Motion to Suppress and an evidentiary hearing was held on October 14, 2015 by United States Magistrate Judge Hawley. Magistrate Judge Hawley's Report and Recommendation [10] was filed on October 22, 2015. The Defendant has filed an Objection [11] to the report.

After consideration of the Report and Objection, this Court adopts the findings of the Magistrate's Report and Recommendation and further adopts the reasoning as set forth therein.

The Motion to Suppress is DENIED. Defense counsel's request for Oral Argument is DENIED. The matter remains set for Pretrial on November 18, 2015 at 1:30 in Rock Island, and for Jury Trial December 7, 2015 at 9:00 a.m.

ENTERED this 13th day of November, 2015.

s/ James E. Shadid
JAMES E. SHADID
Chief United States District Judge